In the Matter of ROBERT WARD et al., Petitioners, and JUSTO RICHARDS, Appellant, v ELIOT SPITZER, as Attorney General of the State of New York, Respondent.

Submitted October 19, 2009; decided December 15, 2009

Reported below, 2009 NY Slip Op 82375(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic.